

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00366-CV

Juan Miguel **MATA**,
Appellant

v.

Maria Elena **MATA**,
Appellee

From the County Court, Dimmit County, Texas
Trial Court No. 2714
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

On January 20, 2011, the trial court signed an Agreed Protective Order, which had been signed by Appellant Juan Miguel Mata. *See* TEX. FAM. CODE ANN. § 85.005 (West 2014). On April 14, 2015, Appellant filed a "Motion to Appeal." In his motion, he stated he "no longer agrees" with the Agreed Protective Order and "seeks for a hearing." On June 17, 2015, Appellant filed a notice of appeal which referenced the trial court's failure to rule on his motion to appeal.[1]

Assuming the January 20, 2011 order was an appealable order, Appellant's notice of appeal was due on February 21, 2011. *See* TEX. R. APP. P. 26.1. A motion for extension of time was due not later than March 7, 2011. *See id.* R. 26.3.

Appellant's notice of appeal was filed no earlier than April 14, 2015; it does not appear to have been timely filed. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

---

[1] Appellant has a pending original proceeding number 04-15-00214-CV, *In re Juan Miguel Mata* which alleges the trial court has failed to rule on Relator's motions. We do not address that separate proceeding other than to note that the clerk's record in this appeal is styled under the original proceeding cause number (i.e., 04-15-00214-CV) and appears to contain almost exclusively documents from that proceeding.

**We order Appellant to show cause in writing within twenty days of the date of this order why this appeal should not be dismissed for want of jurisdiction.** *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines in this appeal are suspended pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court